# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue
28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Michael J. Geraghty
Direct Dial: 973-643-5548
Email: mgeraghty@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

December 8, 2021

**Via ECF**
Honorable Rachel P. Kovner, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Dahlen Kok Han Wee v. Madaluxe Group, LLC*
Civil Action No. 21-2885-RPK-TAM

Dear Judge Kovner:

We represent defendant Madaluxe Group, LLC in the above-captioned action. Simultaneously with the filing of this letter, we have filed a Stipulation of Dismissal With Prejudice executed by counsel for the plaintiff and defendant. If the form and substance of the Stipulation is satisfactory to the Court, we respectfully request that it be so ordered at the Court's earliest convenience.

Very truly yours,

*/s/ Michael J. Geraghty*

MICHAEL J. GERAGHTY

.

cc: Jonathan D. Plaut, Esq. (via ECF)